1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | JOHN H. HEMANN (CABN 165823)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200

7 | john.hemann@usdoj.gov

8 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 4-15-71008 MAG |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PRELIMINARY HEARING/ARRAIGNMENT |
| v. | |
| DANIEL RUSH, | |
| Defendant. | |

**STIUPLATION**

1. The above-referenced case is scheduled for preliminary hearing or arraignment on September 1, 2015.

2. Counsel for the defendant requests additional time to make arrangements for representation of the defendant and to evaluate evidence and discuss it with counsel for the government prior to preliminary hearing or indictment. The government does not object to a brief continuance.

///

///

///

///

STIPULATION AND ORDER
NO: 4-15-71008 MAG

1  3.  Time under Fed. R. Crim. P. 5.1 and the Speedy Trial Act should be excluded between

2  September 1, 2015, and September 15, 2015, pursuant to 18 U.S.C. § 3161(h)(7).

3  So stipulated and agreed,

4  MELINDA HAAG
   United States Attorney

6  /s/
Dated: August 31, 2015  _____
7  JOHN H. HEMANN
   Assistant U.S. Attorney

9  /s/
Dated: August 31, 2015  _____
10  WILLIAM OSTERHOUDT
    Attorney for Daniel Rush

12  **[PROPOSED] ORDER**

13  Pursuant to stipulation, IT IS SO ORDERED.

14  The preliminary hearing or arraignment is continued to September 15, 2015, at 9:30 am.  Time is

15  excluded for the reasons stated pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7).

17  Dated:  8/31/15   _____
    KANDIS A. WESTMORE
18  United States Magistrate Judge

STIPULATION AND ORDER
NO: 4-15-71008 MAG