1 | BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | JOHN H. HEMANN (CABN 165823)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200

7 | john.hemann@usdoj.gov

8 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 4-15-71008 MAG |
|---|---|
| Plaintiff, | ) STIPULATION AND [P~~ROPOSED~~] ORDER |
| v. | ) CONTINUING PRELIMINARY HEARING/ARRAIGNMENT |
| DANIEL RUSH, | ) |
| Defendant. | ) |

**STIUPLATION**

1. The above-referenced case is scheduled for preliminary hearing or arraignment on September 15, 2015. The parties agree to continue the arraignment to September 23, 2015, at 9:30 am.

2. The government requires additional time due to an issue related to the schedule of the federal grand jury sitting in Oakland. Defendant consents to this additional time.

///

///

///

///

STIPULATION AND ORDER
NO: 4-15-71008 MAG

3.  Time under Fed. R. Crim. P. 5.1 and the Speedy Trial Act should be excluded between September 15, 2015, and September 23, 2015, pursuant to 18 U.S.C. § 3161(h)(7).

So stipulated and agreed,

BRIAN J. STRETCH
Acting United States Attorney

Dated: September 9, 2015

/s/
_____
JOHN H. HEMANN
Assistant U.S. Attorney

Dated: September 9, 2015

/s/
_____
WILLIAM OSTERHOUDT
Attorney for Daniel Rush

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

The preliminary hearing or arraignment is continued to September 23, 2015, at 9:30 am. Time is excluded for the reasons stated pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7).

Dated: 9/10/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND ORDER
NO: 4-15-71008 MAG